*Munro*, contra, read an affidavit, stating the com-
mission to have been mislaid by the defendant's com-
missioner; it is now found, and is shortly expected
to be returned.

*Per Curiam.*   The motion must be refused; but
the plaintiff must pay costs and stipulate anew.

### *Anonymous.*

THE court intimated that when a stipulation is of-
fered, before notice of motion, then costs will be al-
lowed up to the time of offer.   When after notice,
and before actual application, up to that time.   But
when not till the court is applied to, then all costs must
be paid.

### *Anonymous.*

IT was ruled by the court, that to take the effect
of a motion for judgment, when a frivolous demur-
rer is put in, notice of bringing on the argument must
be given.

### *The President and Directors of the Manhattan Com-pany* v. *Stephen Miller.*

THIS was an action on a promissory note in which
the plaintiff had duly appeared by attorney, and the
defendant pleaded a judgment recovered.   To this
the plaintiffs replied; but in their replication began,
" And the said *President and Directors of the Man-*